## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

In re:

PATH MEDICAL LLC,                        Case No. 21-18338-SMG
PATH MEDICAL CENTER HOLDINGS, INC.    Case No. 21-18339-SMG
                                                Jointly Administered

       Debtors.                              Chapter 11
_____/

PATH MEDICAL, LLC, a Florida Corp.
(*a/a/o Nirenberg, Alexandra*),

       Plaintiff,

                                                Adversary No. 21-ap-1346
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2021, a NOTICE OF HEARING was entered by the Court. I also certify that a true and correct copy of the foregoing document was served that same day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

Dated: November 1, 2021

                                           */s/ Mark J. Wolfson*
                                           Mark J. Wolfson (FBN 0352756)
                                           FOLEY & LARDNER LLP
                                           100 N. Tampa Street, Suite 2700
                                           Tampa, Florida 33602
                                           (813) 229-2300 (telephone)
                                           (813) 221-4210 (facsimile)
                                           Primary email: mwolfson@foley.com
                                           Secondary email: crowell@foley.com

                                           ***Counsel for Plaintiff***

4862-6989-9009.1